UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **ADENIKE OLUWAFUNMILAYO ADENIRAN,** | : | CHAPTER 7 |
| | : | CASE NO. 05-85310-PWB |
| Debtor, | : | |
| | : | |
| ---------- | ---------- | ---------- |
| **HOMEQ SERVICING CORPORATION,** | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| **ADENIKE OLUWAFUNMILAYO ADENIRAN,** Debtor, | | |
| **OFFICE OF THE U.S TRUSTEE, Trustee,** | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF ASSIGNMENT OF HEARING

NOTICE IS HEREBY GIVEN that a Motion for Relief from Automatic Stay has been filed in the above-styled case. If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

A HEARING will be held on the 7th day of December, 2005, at 10:00 A.M., in Courtroom 1401, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia

Dated: 11/4/05

By:   S/_____
  Christie Godwin, Ga. Bar No. 298655
  McCurdy & Candler, L.L.C.
  250 E. Ponce de Leon Ave, Ste 600
  Decatur, GA 30030  (404) 373-1612
  **Attorney for Movant**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **ADENIKE OLUWAFUNMILAYO ADENIRAN,** | : | CHAPTER 7 |
| | : | CASE NO. 05-85310-PWB |
| Debtor, | : | |
| | : | |
| ------------------------------------------------- | --- | ------------------------------------------------- |
| **HOMEQ SERVICING CORPORATION,** | : | |
| | : | |
| Movant, | : | |
| | : | **CONTESTED MATTER** |
| vs. | : | |
| | : | |
| **ADENIKE OLUWAFUNMILAYO ADENIRAN,** Debtor, | : | |
| **OFFICE OF THE U.S TRUSTEE, Trustee,** | : | |
| | : | |
| Respondents. | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now Homeq Servicing Corporation, its successors or assigns, a secured creditor of the above-named Debtor, and respectfully shows the Court as follows:

1.

Adenike Oluwafunmilayo Adeniran, hereinafter known as Respondent, filed a Petition for Relief under 11 U.S.C. Chapter 7 on November 1, 2005, and is therefore subject to the jurisdiction of this Court.

2.

This Court has jurisdiction over this Motion pursuant to 11U.S.C. §362.

3.

Homeq Servicing Corporation, its successors or assigns, hereinafter known as Movant, is a secured creditor of Respondent pursuant to a first mortgage Note and Deed to Secure Debt. The first mortgage is evidenced by a Promissory Note executed by Adenike Oluwafunmilayo Adeniran, dated March 31, 2005, in the original principal amount of $156,000.00. The first mortgage Promissory Note is secured by a Deed to Secure Debt executed by Adenike Oluwafunmilayo Adeniran, dated March 31, 2005, which conveys certain property now or formerly known as 764 Charlotte Place, NW, Atlanta , Fulton County, Georgia, a true and correct copy of the Security Deed is attached hereto and incorporated herein by reference as Exhibit "A." Said Deed to Secure Debt is recorded in Deed Book 39784, Page 458, Fulton County, Georgia Records.

4.

Movant affirmatively alleges that Respondent has failed to maintain his monthly mortgage payments to Movant and is due for the August 1, 2005 through November 1, 2005 payments. As of the date of the filing of this Motion there is a total deficiency of approximately $4,892.02. The above mentioned Note and Deed are in default due to nonpayment of the principal and accruing interest. The approximate loan payoff is $161,920.54.

5.

Movant further alleges that there appears to be no equity in Movant's secured property and that such property is not necessary for an effective reorganization of the Respondent's affairs. Since the Respondent has not made a direct payment to Movant in approximately four (4) months, Movant's security interest in said property is not adequately protected.

6.

Pursuant to 11 U.S.C. §362, Movant is entitled to a termination of the Automatic Stay with respect to its secured property, for cause, since the lack of adequate protection exists.

WHEREFORE MOVANT PRAYS:

(a)  That the Automatic Stay entered by this Honorable Court pursuant to 11 U.S.C. §362 be modified so as to permit the Movant to exercise its right to foreclose its secured property under the terms of its Note and Deed to Secure Debt;

(b)  That the Movant's secured property be abandoned as property of the estate; and

(c)  For such other and further relief as this Court deems just and proper.

                McCURDY & CANDLER, L.L.C.

                BY:____S/_____
                    Christie Godwin
                    Attorney for Movant
                    GA. State Bar No. 298655

P. O. Box 57
Decatur, GA 30031
(404) 373-1612

RE:  ADENIKE OLUWAFUNMILAYO ADENIRAN                    Bankruptcy No. 05-85310

Chapter 7

Judge BONAPFEL

## CERTIFICATE OF SERVICE

I, Christie Godwin, of McCurdy & Candler, L.L.C., P. O. Box 57, Decatur, Georgia 30031, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the 4th day of November, 2005, I served a copy of the NOTICE OF ASSIGNMENT OF HEARING together with the "MOTION FOR RELIEF FROM AUTOMATIC STAY" to be filed in this bankruptcy matter by electronic case filing service and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties at:

Adenike Oluwafunmilayo Adeniran
726 Trace Lane
Lawrenceville, GA 30045

E.L. Clark
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expwy.
Atlanta, GA 30341

Office of the U.S. Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 11/4/05                    By:_____S/_____
                                            Christie Godwin